**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | C.I.I.,Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Cover It Window Fashions<br>DBA  Cover-It Window Fashions |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 48-1285808 |

4. **Debtor's address**

**Principal place of business**

6001 South Decatur Blvd., Suite A
Las Vegas, NV 89118
Number, Street, City, State & ZIP Code

Clark
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    coveritlv.com

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    C.I.I.,Inc.     Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  C.I.I.,Inc.
Name

Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**▇ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    C.I.I.,Inc.
      Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    C.I.I.,Inc.
        Name

Case number (*if known*)

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February  6, 2025
              MM / DD / YYYY

**X** /s/ John B. Ball
Signature of authorized representative of debtor

John B. Ball
Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Corey B. Beck, Esq. Bar No.
Signature of attorney for debtor

Date    February  6, 2025
       MM / DD / YYYY

Corey B. Beck, Esq. Bar No. 5870
Printed name

Corey B. Beck, Esq.
Firm name

425 South Sixth Street
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone    702-678-1999

Email address    becksbk@yahoo.com

Bar No. 5870 NV
Bar number and State

**Fill in this information to identify the case:**

Debtor name _____C.I.I.,Inc._____

United States Bankruptcy Court for the: _____DISTRICT OF NEVADA_____

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____February  6, 2025_____    ***X*** /s/ John B. Ball
Signature of individual signing on behalf of debtor

John B. Ball
Printed name

President
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    C.I.I.,Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an

     amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 60189 City of Industry, CA 91716-0189 | | Credit Card | | | | $68,072.35 |
| Bank of America Credit Card Customer Service PO Box 15019 Wilmington, DE 19850 | | Credit Card Debt | | | | $22,752.34 |
| Blade Funding Corp. 211 Blvd of the Americas, Suite 203 Lakewood, NJ 08701 | | Business Debt for sale of future receipts (receivables) by Standard Merchant Cash Advance Agreement. Blade Funding Corp v. C.I.I., Inc. d/b/a Cover | | $149,389.38 | $0.00 | $149,389.38 |
| Capital One PO Box 60519 City of Industry, CA 91716 | | Credit Card | | | | $85,416.46 |
| City National Bank P.O. Box 54830 Los Angeles, CA 90054-0830 | | Credit Card | | | | $23,808.29 |
| CNB Visa Commercial Card City National Bank Credit Card Pocessing Center, File 1355 Pasadena, CA 91199-1355 | | Credit Card Debt | | | | $50,295.95 |

| Debtor | C.I.I.,Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ferrari Financial Solutions P.O. Box 510 Buffalo, NY 14231 | | 2022 Red Ferrari - Portofino Vehicle was sold | Contingent Disputed | | | $292,350.00 |
| GM Financial P.O. Box 78143 Phoenix, AZ 85062 | | 2023 White Express Van | | $61,845.00 | $0.00 | $61,845.00 |
| GM Financial PO Box 181145 Arlington, TX 76096 | | 72 month Automobile Loan of 2024 Cadillac Lyric - Crystal White | | $89,436.00 | $42,674.00 | $46,762.00 |
| GM Financial P.O. Box 78143 Phoenix, AZ 85062 | | 2023 Red Cadillac Escalade | | $111,494.22 | $68,391.00 | $43,103.22 |
| GM Financial P.O. Box 78143 Phoenix, AZ 85062 | | 2020 Cadillac XT5 - Vehicle was sold | Contingent Disputed | | | $29,649.15 |
| GM Financial Leasing P.O. Box 182344 Arlington, TX 76096-2344 | | 48 month lease of 2024 Cadillac Lyric (Nimbus Metal) | | $74,442.07 | $42,674.00 | $31,768.07 |
| GM Financial Leasing P.O. Box 78143 Phoenix, AZ 85062-8143 | | Lease of 2023 Blue Cadillac XT5 - vehicle was returned prior to 48 month lease ending. | Contingent Disputed | | | $30,168.00 |
| GM Financial Leasing P.O. Box 78143 Phoenix, AZ 85062-8143 | | 2022 White Cadillac XT6 SUV was returned prior to end of lease. | Contingent Disputed | | | $25,954.00 |
| GMAC Leasing 101 Village Parkway, Bl#1; Suite 400 Marietta, GA 30067 | | 48 month Lease of 2024 Cadillac Lyric | | $76,832.44 | $42,000.00 | $34,832.44 |
| Internal Revenue Service Ogden, UT 84201 | | 941 taxes owed for 2002 | | | | $29,378.07 |
| Maserati Capital USA P.O.Box 78058 Phoenix, AZ 85062-8058 | | Lease of 2022 Black LeVante S Maserati.  Vehicle was returned in 2022. | Contingent Disputed | | | $18,000.00 |
| Pathward P.O. Box 233756 Chicago, IL 60689 | | Business debt for entertainment equipment and working capital loan | | $45,354.45 | $0.00 | $45,354.45 |
| Rihanna Montgomery | | Commissions owed | Contingent Disputed | | | $65,103.57 |

Debtor   C.I.I.,Inc.                                              Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Vivian Capital Group, LLC | | Business Debt for Cash Advance Agreement of future receivables. | | $124,650.00 | $0.00 | $124,650.00 |

Official form 204              Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims              page 3

**Fill in this information to identify the case:**

Debtor name ___C.I.I.,Inc._____

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA_____

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................    $ _____0.00_

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................    $ _____560,662.15_

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................    $ _____560,662.15_

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____2,271,644.58_

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____94,481.64_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$ _____699,589.42_

4.    **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b    $ _____3,065,715.64_

---

**Fill in this information to identify the case:**

Debtor name _____ C.I.I.,Inc. _____

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Axos<br>P.O. Box 911039<br>San Diego, CA  92191-1039 | Business Checking<br>Account | 7472 | $0.00 |
| 3.2. | Pacific Premier Bank | Business Checking<br>Account | 1196 | $18,246.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $18,246.00 |
|---|

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**      **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

---

Debtor  C.I.I.,Inc.                                                          Case number *(If known)*
        Name

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | 225,286.89 | - | 0.00 =.... | $225,286.89 |
| | face amount | | doubtful or uncollectible accounts | |

12.   **Total of Part 3.**                                                                                $225,286.89
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:      Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>Computer equipment and chair | $2,500.00 | Comparable sale | $1,000.00 |
| Office desks, furnishings, surrounds | $0.00 | | $2,500.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                                $3,500.00
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☑ No
       ☐ Yes

Debtor    C.I.I.,Inc.                                    Case number *(If known)*  _____
          Name

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    2018 White Ford T-150 Work Van | $15,613.00 | Comparable sale | $15,613.00 |
| 47.2.    2023 Red Cadillac Escalade | $0.00 | Comparable sale | $68,391.00 |
| 47.3.    2021 White Cadillac XT5 4 door SUV | $0.00 | | $22,343.00 |
| 47.4.    2023 White XT4 Cadillac SUV | $0.00 | | $25,216.00 |
| 47.5.    Forklift | $0.00 | | $0.00 |
| 47.6.    48 month Lease of 2024 Cadillac Lyric | $40,561.00 | Comparable sale | $42,000.00 |
| 47.7.    48 month lease of 2024 Cadillac Lyric<br>(Nimbus Metal) | $0.00 | Comparable sale | $42,674.00 |
| 47.8.    72 month Automobile Loan of 2024<br>Cadillac Lyric - Crystal White | $0.00 | Comparable sale | $42,674.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**                                                           | $258,911.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    C.I.I.,Inc.                                                Case number *(If known)*  _____
          Name

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| Epic 401(k) Plan | $54,718.26 |

---

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.                                      | $54,718.26 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

Debtor    C.I.I.,Inc._____    Case number *(If known)* _____
           Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $18,246.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $225,286.89 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $258,911.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $54,718.26 | |
| 91. **Total.** Add lines 80 through 90 for each column | $560,662.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $560,662.15 |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 5

---

**Fill in this information to identify the case:**

Debtor name _____ C.I.I.,Inc. _____

United States Bankruptcy Court for the: _____ DISTRICT OF NEVADA _____

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

**2.1   Blade Funding Corp.**
Creditor's Name

211 Blvd of the Americas, Suite 203
Lakewood, NJ 08701
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Business Debt for sale of future receipts (receivables) by Standard Merchant Cash Advance Agreement.
Blade Funding Corp v. C.I.I., Inc. d/b/a Cover it Window Fashions and John Bernard Ball, III a/k/a John Bernard II Ball.

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $149,389.38 | $0.00 |

---

**2.2   CIT Bank, N.A.**
Creditor's Name

P.O. Box 7056
Pasadena, CA 91109-9699
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
7/13/21
**Last 4 digits of account number**
5973

**Describe debtor's property that is subject to a lien**
Forklift

**Describe the lien**
Other
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| $0.00 | $0.00 |

---

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 7

Debtor    C.I.I.,Inc.
     Name

Case number (if known) _____

| | | |
|---|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.3 | GM Financial | Describe debtor's property that is subject to a lien | $61,845.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 78143
Phoenix, AZ 85062

Creditor's mailing address

Creditor's email address, if known

2023 White Express Van

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2023
**Last 4 digits of account number**
2567

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | GM Financial | Describe debtor's property that is subject to a lien | $111,494.22 | $68,391.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 78143
Phoenix, AZ 85062

Creditor's mailing address

Creditor's email address, if known

2023 Red Cadillac Escalade

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2023
**Last 4 digits of account number**
7532

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | GM Financial | Describe debtor's property that is subject to a lien | $89,436.00 | $42,674.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 181145
Arlington, TX 76096

Creditor's mailing address

72 month Automobile Loan of 2024 Cadillac Lyric - Crystal White

**Describe the lien**
Auto Loan

---

Debtor    C.I.I.,Inc.                                                    Case number (if known) _____
              Name

|  |  |  |
|---|---|---|
| | **Is the creditor an insider or related party?** | |
| _Creditor's email address, if known_ | ■ No | |
| | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| 4/22/24 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | |
| ■ No | Check all that apply | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.6 | **GM Financial Leasing** | **Describe debtor's property that is subject to a lien** | $17,832.00 | $22,343.00 |
|---|---|---|---|---|
| | _Creditor's Name_ | 2021 White Cadillac XT5 4 door SUV | | |
| | P.O. Box 78143 | | | |
| | Phoenix, AZ 85062-8143 | | | |
| | _Creditor's mailing address_ | **Describe the lien** | | |
| | | Auto Lease | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | _Creditor's email address, if known_ | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | 2021 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | 2033 | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ■ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.7 | **GM Financial Leasing** | **Describe debtor's property that is subject to a lien** | $22,968.00 | $25,216.00 |
|---|---|---|---|---|
| | _Creditor's Name_ | 2023 White XT4 Cadillac SUV | | |
| | P.O. Box 182344 | | | |
| | Arlington, TX 76096-2344 | | | |
| | _Creditor's mailing address_ | **Describe the lien** | | |
| | | Auto Lease | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | _Creditor's email address, if known_ | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | 2023 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | 8452 | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ■ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 7

Debtor    C.I.I.,Inc.
     Name

Case number (if known) _____

---

| 2.8 | GM Financial Leasing |
|---|---|

Creditor's Name

P.O. Box 182344
Arlington, TX 76096-2344
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**
4/17/24
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
48 month lease of 2024 Cadillac Lyric (Nimbus Metal)

**Describe the lien**
Auto Lease
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$74,442.07        $42,674.00

---

| 2.9 | GMAC Leasing |
|---|---|

Creditor's Name

101 Village Parkway, Bl#1;
Suite 400
Marietta, GA 30067
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
48 month Lease of 2024 Cadillac Lyric

**Describe the lien**
Auto Lease
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$76,832.44        $42,000.00

---

| 2.10 | Navitas |
|---|---|

Creditor's Name

P.O. Box 935204
Atlanta, GA 31193-5204
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**
4/2023
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Computer equipment and chair

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$4,401.02        $1,000.00

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 7

Debtor    C.I.I.,Inc.                                          Case number (if known) _____
_____
Name

6714
_____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | Newtek Small Business Finance, LLC | | $1,493,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

1981 Marcus Avenue, Ste. 130
New Hyde Park, NY 11042
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Small Business Loan for operation of C.I.I. Inc., d/b/a Cover It Window Fashions

_____
Creditor's email address, if known

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
6/7/22
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 2 | Pathward | | $45,354.45 | $0.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 233756
Chicago, IL 60689
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Business debt for entertainment equipment and working capital loan

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
4/2003
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | Univest Capital | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Debtor  C.I.I.,Inc.
_____
Name

Case number (if known) _____

| | |
|---|---|
| **Creditor's Name** | 5 year lease of office equipment |
| 3220 Tillman Drive, Suite 503<br>Bensalem, PA 19020-8523 | |
| **Creditor's mailing address** | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| **Creditor's email address, if known** | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| 1/24/20 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| | | | |
|---|---|---|---|
| **2.14** | Vivian Capital Group, LLC | Describe debtor's property that is subject to a lien | $124,650.00 | $0.00 |
| | **Creditor's Name** | Business Debt for Cash Advance Agreement of future receivables. | | |
| | **Creditor's mailing address** | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | **Creditor's email address, if known** | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $2,271,644.58 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David Fogel, Esq.<br>1225 Franklin Avenue<br>Garden City, NY 11530 | Line  2.1 | 6874 |

Debtor    C.I.I.,Inc.
       Name

Case number (if known) _____

Steven Zakharyayev, LLC
10W 37th Steet, Rm 602
New York, NY 10018

Line   2.14

**Fill in this information to identify the case:**

Debtor name _C.I.I.,Inc._

United States Bankruptcy Court for the: _DISTRICT OF NEVADA_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service

Ogden, UT 84201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $29,378.07    Priority amount: $29,378.07

Date or dates debt was incurred
2002

Basis for the claim:
941 taxes owed for 2002

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2** Priority creditor's name and mailing address
Rihanna Montgomery

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $65,103.57    Priority amount: $15,150.00

Date or dates debt was incurred
2024

Basis for the claim:
Commissions owed

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor    C.I.I.,Inc.
      Name                                          Case number *(if known)*

| | |
|---|---|
| **3.1** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$68,072.35** |
| American Express <br> PO Box 60189 <br> City of Industry, CA 91716-0189 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| **Date(s) debt was incurred** 2012 | **Basis for the claim:** Credit Card |
| **Last 4 digits of account number** 5009 | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.2** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$14,846.06** |
| Bank of America <br> PO Box 851001 <br> Dallas, TX 75285-1001 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Credit Card |
| **Last 4 digits of account number** 6962 | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.3** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$22,752.34** |
| Bank of America <br> Credit Card Customer Service <br> PO Box 15019 <br> Wilmington, DE 19850 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Credit Card Debt |
| **Last 4 digits of account number** 6969 | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.4** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$85,416.46** |
| Capital One <br> PO Box 60519 <br> City of Industry, CA 91716 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| **Date(s) debt was incurred** 3/2023 | **Basis for the claim:** Credit Card |
| **Last 4 digits of account number** 5666 | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.5** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$23,808.29** |
| City National Bank <br> P.O. Box 54830 <br> Los Angeles, CA 90054-0830 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| **Date(s) debt was incurred** 2012 | **Basis for the claim:** Credit Card |
| **Last 4 digits of account number** 693 | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.6** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$4,357.38** |
| CNB Visa Commercial Card <br> City National Bank <br> Credit Card Processing Ctr, File 1355 <br> Pasadena, CA 91199-1355 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| **Date(s) debt was incurred** 2012 | **Basis for the claim:** Credit Card |
| **Last 4 digits of account number** 6720 | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.7** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$50,295.95** |
| CNB Visa Commercial Card <br> City National Bank <br> Credit Card Processing Center, File 1355 <br> Pasadena, CA 91199-1355 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| **Date(s) debt was incurred** 2012 | **Basis for the claim:** Credit Card Debt |
| **Last 4 digits of account number** 7227 | Is the claim subject to offset? ■ No ☐ Yes |

Debtor     C.I.I.,Inc.
_____          Case number (if known) _____
           Name

| | |
|---|---|
| **3.8** | |

**Nonpriority creditor's name and mailing address**
Ferrari Financial Solutions
P.O. Box 510
Buffalo, NY 14231

**Date(s) debt was incurred**  2022
**Last 4 digits of account number**  3791

**As of the petition filing date, the claim is:** *Check all that apply.*          $292,350.00
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  2022 Red Ferrari - Portofino
Vehicle was sold

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.9** | |

**Nonpriority creditor's name and mailing address**
GM Financial
P.O. Box 78143
Phoenix, AZ 85062

**Date(s) debt was incurred**  2020
**Last 4 digits of account number**  0871

**As of the petition filing date, the claim is:** *Check all that apply.*          $29,649.15
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  2020 Cadillac XT5 - Vehicle was sold

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.10** | |

**Nonpriority creditor's name and mailing address**
GM Financial Leasing
P.O. Box 78143
Phoenix, AZ 85062-8143

**Date(s) debt was incurred**  2023
**Last 4 digits of account number**  0340

**As of the petition filing date, the claim is:** *Check all that apply.*          $30,168.00
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Lease of 2023 Blue Cadillac XT5 - vehicle was returned
prior to 48 month lease ending.

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.11** | |

**Nonpriority creditor's name and mailing address**
GM Financial Leasing
P.O. Box 78143
Phoenix, AZ 85062-8143

**Date(s) debt was incurred**
**Last 4 digits of account number**  9954

**As of the petition filing date, the claim is:** *Check all that apply.*          $25,954.00
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  2022 White Cadillac XT6 SUV was returned prior to end
of lease.

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.12** | |

**Nonpriority creditor's name and mailing address**
Maserati Capital USA
P.O. box 78058
Phoenix, AZ 85062-8058

**Date(s) debt was incurred**  2022
**Last 4 digits of account number**  4439

**As of the petition filing date, the claim is:** *Check all that apply.*          $14,000.00
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Lease of 2022 LaVante GT Blue Maserati - returned prior
to end of 48 month lease

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.13** | |

**Nonpriority creditor's name and mailing address**
Maserati Capital USA
P.O.Box 78058
Phoenix, AZ 85062-8058

**Date(s) debt was incurred**  2022
**Last 4 digits of account number**  1112

**As of the petition filing date, the claim is:** *Check all that apply.*          $18,000.00
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Lease of 2022 Black LeVante S Maserati.  Vehicle was
returned in 2022.

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   C.I.I.,Inc.                                                    Case number (if known) _____
         _____
         Name

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,218.38 |
|---|---|---|---|

**3.14**

Nonpriority creditor's name and mailing address
Shop Your Way
P.O. Box 78024
Phoenix, AZ 85062-8024

**Date(s) debt was incurred**  2013

**Last 4 digits of account number**  9582

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card

Is the claim subject to offset? ■ No ☐ Yes

$9,218.38

---

**3.15**

Nonpriority creditor's name and mailing address
Synchrony Bank/Chevron
P.O. Box 669820
Dallas, TX 75266

**Date(s) debt was incurred**  2002

**Last 4 digits of account number**  5987

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,701.06

---

**3.16**

Nonpriority creditor's name and mailing address
Szabo Associates
3355 Lenox Road NE #945
Atlanta, GA 30326

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt for Media/Advertising

Is the claim subject to offset? ■ No ☐ Yes

$8,000.00

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 94,481.64 |
| **5b. Total claims from Part 2** | 5b. + | $ 699,589.42 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 794,071.06 |

**Fill in this information to identify the case:**

Debtor name          C.I.I.,Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest <br><br> Automobile Loan of 2024 Cadillac Lyriq <br><br> State the term remaining <br><br> List the contract number of any government contract | <br><br><br><br><br> Ally <br> PO Box 380902 <br> Minneapolis, MN 55438 |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest <br><br> 48 month lease for Forklift <br><br> State the term remaining   7 months <br><br> List the contract number of any government contract | <br><br><br><br><br> CIT Bank, N.A. <br> P.O. Box 7056 <br> Pasadena, CA 91109-9699 |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest <br><br> 87 month commencing on 12/10/19, lease of Premises of Suite A, Bodega Business Park at 6001 South Decatur Boulevard, Las Vegas, NV  89118 <br><br> State the term remaining   11 months <br><br> List the contract number of any government contract | <br><br><br><br><br><br> Correra Casa, LLC <br> 8950 West Quail Avenue <br> Las Vegas, NV 89118 |

Debtor 1   C.I.I.,Inc.

First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Automobile Loan of 2023 White Express Van | |
|---|---|---|---|
| | State the term remaining | | GM Financial P.O. Box 78143 Phoenix, AZ 85020 |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Automobile Loan on 2023 Red Cadillac Escalade | |
|---|---|---|---|
| | State the term remaining | | GM Financial P.O. Box 78143 Phoenix, AZ 85062 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | 48 month lease of 2024 Cadillac Lyriq - UT | |
|---|---|---|---|
| | State the term remaining | | GM Financial Leasing P.O. Box 182344 Arlington, TX 76096-2344 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | 48 month lease of Cadillac Lyriq (Numbus Metal) | |
|---|---|---|---|
| | State the term remaining | 39 months | GM Financial Leasing P.O. Box 182344 Arlington, TX 76096-2344 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Automobile Lease of 2021 Whie Cadillac XT5 4 door SUV | |
|---|---|---|---|
| | State the term remaining | | GM Financial Leasing P.O. Box 78143 Phoenix, AZ 85062-8143 |
| | List the contract number of any government contract | | |

Debtor 1    C.I.I.,Inc.

| First Name | Middle Name | Last Name |
| --- | --- | --- |

Case number (*if known*) _____

<table>
<tr><td style="background:#3a0033;width:60px;height:40px;"> </td><td><strong>Additional Page if You Have More Contracts or Leases</strong></td></tr>
</table>

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.9.** State what the contract or lease is for and the nature of the debtor's interest
Automobile Lease of 2023 White XT4 Cadillac SUV

State the term remaining

List the contract number of any government contract _____

GM Financial Leasing
P.O. Box 182344
Arlington, TX 76096-2344

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest
60 month Lease of Office Equipment

State the term remaining    3 months

List the contract number of any government contract _____

Navitas
P.O. Box 935204
Atlanta, GA 31193-5204

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest
60 Month Lease of Equipment and working capital

State the term remaining    5 months

List the contract number of any government contract _____

Pathward
P.O. Box 233756

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest
60 Month Lease of Office Equipment

State the term remaining    5 months

List the contract number of any government contract _____

Univest Capital, Inc.
3220 Tillman Drive, Ste. 503
Bensalem, PA 19020

---

**Fill in this information to identify the case:**

Debtor name _____ C.I.I.,Inc. _____

United States Bankruptcy Court for the: _____ DISTRICT OF NEVADA _____

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | John B. Ball, II | 102 San Martino Place<br>Henderson, NV 89011 | Blade Funding Corp. | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Patricia E. Ball | | Blade Funding Corp. | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Patricia E. Ball | 6001 S. Decatur<br>Las Vegas, NV 89118 | Navitas | ☐ D _____<br>☐ E/F _____<br>■ G __2.10__ |

**Fill in this information to identify the case:**

Debtor name ___C.I.I.,Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| For prior year: From  1/01/2024 to 12/31/2024 | ■ Operating a business ☐ Other _____ | $1,980,599.69 |
| For year before that: From  1/01/2023 to 12/31/2023 | ■ Operating a business ☐ Other _____ | $1,263,021.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| | | | |

Debtor    C.I.I.,Inc.                                              Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Maserati Capital USA P.O. Box 78058 Phoenix, AZ 85062-8058 | Return of 2022 LeVante GT Blue Maserati. Returned prior to end of 48 month lease. | | $14,000.00 |
| Maserati Capital USA P.O.Box 78058 Phoenix, AZ 85062-8058 | Return of automobile lease of 2022 Black LeVante S Maserati. Vehicle was returned in 2022. | 2022 | $18,000.00 |
| GM Financial Leasing P.O. Box 78143 Phoenix, AZ 85062-8143 | Return of automobile lease of 2022 White Cadillac XT6 SUV. Returned prior to end of lease. | | $0.00 |
| Axos Bank P.O. Box 911039 San Diego, CA 92191-1039 | Garnishment Order in the amount of $159,234.64. Seized bank funds in the amount of $2,928.81 | 1/13/25 | $2,928.81 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Blade Funding Cop v. Cl.I.Inc., d/b/a Cover it Window and Fashions and John Bernard Ball, II a/k/a John Bernard II Ball Index No  607659/2024 | Contract of Sale of Future Receivables<br><br>Levy of account. | Supreme Court, Nassau County 100 Supreme Court Drive Mineola, NY 11501 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    C.I.I.,Inc.                                                    Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. American Express National Bank v. John Ball, aka John B. Ball, Jr., A-24-889829-C | Credit Card Agreement | District Court - Department 23 200 Lewis Avenue Las Vegas, NV 89155 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. Vivian Capital Group, LLC v. C.I.I., d/b/a Cover It Window Fashions; R A J Enterprises Inc., Cover it Inc.; Gin Mill; Cover-It, Inc., COVER IT WINDOW FASHIONS; CII INC.; COVER IT, INC., and John Ball E 2024001309 | Judgment entered on July 24, 2024, in the amount of $132,204.93 for collection agreement of future receivables by Vivian Capital Group, LLC. | Supreme Court, Monroe County 99 Exchange Blvd., Hall of Justice, Rm 545 5th Floor Rochester, NY 14614 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    C.I.I.,Inc. _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | Payment applied in December, 2024 to Subchapter V for business filing. | |
| | Corey B. Beck, Esq 425 South Sixth Street Las Vegas, NV 89101 | | | $21,738.00 |
| | **Email or website address** becksbk@yahoo.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    C.I.I.,Inc.                                                   Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

Client name, address, telephone number.  Kept in Quickbooks program.

Does the debtor have a privacy policy about that information?

■ No

☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Epic 401(k) Plan | EIN:   481285808 |

Has the plan been terminated?

■ No

☐ Yes

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Stow Away | John B. Ball and Patricia E. Ball | Miscellaneous seasonal items | ☐ No<br>■ Yes |

Debtor    C.I.I.,Inc. _____    Case number *(if known)* _____

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| | |

Debtor ___C.I.I.,Inc._____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Campbell Jones Cohen, CPA's<br>6920 S. Cimarron Road, Ste. 100<br>Las Vegas, NV 89113 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    C.I.I., Inc.<br>6001 S. Decatur<br>Las Vegas, NV 89118 | Records of on-going business kept through Quickbooks. |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John B. Ball, II | 102 San Martino Place<br>Henderson, NV 89011 | President of C.I.I., Inc. a window treatment business. | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Patricia E Ball | 120 San Martino Place<br>Henderson, NV 89011 | Secretary and Treasurer of C.I.I., Inc., a window treatment business | 50% interest |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    C.I.I.,Inc.                                                          Case number *(if known)* _____

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | John B. Ball<br>6001 S. Decatur Blvd<br>Las Vegas, NV 89118 | Salary | 1/19/2024 to 1/17/2025 | Salary in the amount of $15,732.00 |
| | **Relationship to debtor**<br>Owner | | | |
| 30.2. | Patricia E. Ball<br>6001 S. Decatur Blvd.<br>Las Vegas, NV 89118 | $107,989.00 plus overtime pay of 4,124.25 for one year. | 1/19/24 to /17/25 | Salary |
| | **Relationship to debtor**<br>Secretary/President of C.I.I. Inc. d/b/a Cover it Window Fashions | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

C.I.I.,Inc.
6001 South Decatur Blvd., Suite A
Las Vegas, NV 89118

Corey B. Beck, Esq. Bar No.
Corey B. Beck, Esq.
425 South Sixth Street
Las Vegas, NV 89101

Department of Justice
Office of the U.S. Trustee
600 Las Vegas Blvd.
Las Vegas, NV 89101-0250

Department of Motor Vehicles
Records Section
555 Wright Way
Carson City, NV 89711-0250

Internal Revenue Service
Stop 5028
110 City Parkway
Las Vegas, NV 89106-4604

Nevada Department of Taxation
555 E. Washington Avenue
Suite 1300
Bankruptcy Section
Las Vegas, NV 89101-1046

Nevada Labor Commissioner
3300 W. Sahara Ave Ste. 225
Las Vegas, NV 89102

Ally
PO Box 380902
Minneapolis, MN 55438

American Express
Acct No 05009
PO Box 60189
City of Industry, CA 91716-0189

Bank of America
Acct No 6962
PO Box 851001
Dallas, TX 75285-1001

Bank of America
Acct No 6969
Credit Card Customer Service
PO Box 15019
Wilmington, DE 19850

Blade Funding Corp.
211 Blvd of the Americas, Suite 203
Lakewood, NJ 08701

Capital One
Acct No 5666
PO Box 60519
City of Industry, CA 91716

CIT Bank, N.A.
Acct No 5973
P.O. Box 7056
Pasadena, CA 91109-9699

CIT Bank, N.A.
P.O. Box 7056
Pasadena, CA 91109-9699

City National Bank
Acct No 693
P.O. Box 54830
Los Angeles, CA 90054-0830

CNB Visa Commercial Card
Acct No 6720
City National Bank
Credit Card Processing Ctr, File 1355
Pasadena, CA 91199-1355

CNB Visa Commercial Card
Acct No 7227
City National Bank
Credit Card Pocessing Center, File 1355
Pasadena, CA 91199-1355

Correra Casa, LLC
8950 West Quail Avenue
Las Vegas, NV 89118

David Fogel, Esq.
Acct No 6874
1225 Franklin Avenue
Garden City, NY 11530

Ferrari Financial Solutions
Acct No 3791
P.O. Box 510
Buffalo, NY 14231

GM Financial
Acct No 2567
P.O. Box 78143
Phoenix, AZ 85062

GM  Financial
Acct No 7532
P.O.  Box  78143
Phoenix, AZ 85062

GM  Financial
Acct No 0871
P.O.  Box  78143
Phoenix, AZ 85062

GM  Financial
PO  Box  181145
Arlington, TX 76096

GM  Financial
P.O.  Box  78143
Phoenix, AZ 85020

GM  Financial
P.O.  Box  78143
Phoenix, AZ 85062

GM  Financial  Leasing
Acct No 2033
P.O.  Box  78143
Phoenix, AZ 85062-8143

GM  Financial  Leasing
Acct No 8452
P.O.  Box  182344
Arlington, TX 76096-2344

GM  Financial  Leasing
Acct No 0340
P.O.  Box  78143
Phoenix, AZ 85062-8143

GM  Financial  Leasing
Acct No 9954
P.O.  Box  78143
Phoenix, AZ 85062-8143

GM  Financial  Leasing
P.O.  Box  182344
Arlington, TX 76096-2344

GM  Financial  Leasing
P.O.  Box  182344
Arlington, TX 76096-2344

GM  Financial  Leasing
P.O.  Box  182344
Arlington, TX 76096-2344

GM  Financial  Leasing
P.O.  Box  78143
Phoenix, AZ 85062-8143

GM  Financial  Leasing
P.O.  Box  182344
Arlington, TX 76096-2344

GMAC  Leasing
101  Village  Parkway,  Bl#1;  Suite  400
Marietta, GA 30067

Internal  Revenue  Service
Ogden, UT 84201


John  B.  Ball,  II
102  San  Martino  Place
Henderson, NV 89011

Maserati  Capital  USA
Acct No 4439
P.O.  box  78058
Phoenix, AZ 85062-8058

Maserati  Capital  USA
Acct No 1112
P.O.Box  78058
Phoenix, AZ 85062-8058

Navitas
Acct No 6714
P.O.  Box  935204
Atlanta, GA 31193-5204

Navitas
P.O.  Box  935204
Atlanta, GA 31193-5204

Newtek  Small  Business  Finance,  LLC
1981  Marcus  Avenue,  Ste.  130
New Hyde Park, NY 11042

Pathward
P.O.  Box  233756
Chicago, IL 60689

Pathward
P.O.  Box  233756

Patricia  E.  Ball

Patricia E. Ball
6001 S. Decatur
Las Vegas, NV 89118

Rihanna Montgomery


Shop Your Way
Acct No 9582
P.O. Box 78024
Phoenix, AZ 85062-8024

Steven Zakharyayev, LLC
10W 37th Steet, Rm 602
New York, NY 10018

Synchrony Bank/Chevron
Acct No 5987
P.O. Box 669820
Dallas, TX 75266

Szabo Associates
3355 Lenox Road NE #945
Atlanta, GA 30326

Univest Capital
3220 Tillman Drive, Suite 503
Bensalem, PA 19020-8523

Univest Capital, Inc.
3220 Tillman Drive, Ste. 503
Bensalem, PA 19020


Vivian Capital Group, LLC